UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 4:25-cv-00382

**Christopher Schroeder,**
*Plaintiff,*

v.

**DHHS Executive Director et al.,**
*Defendants.*

# ORDER

Plaintiff Christopher Schroeder, proceeding pro se and in forma pauperis, filed this action alleging civil rights violations. Doc. 1. The case was referred to a magistrate judge. Doc. 2. The magistrate judge issued a report and recommendation that the complaint be dismissed with prejudice for failure to comply with an order of the court and for failure to state a claim. Doc. 11 at 4 (citing 28 U.S.C. § 1915(e)(2)(B)). Plaintiff acknowledged receipt of the report, Doc. 13, but did not file written objections. The time for doing so has passed. *See* 28 U.S.C. § 636(b)(1)(C).

When there have been no timely objections to a report, "the court need only satisfy itself that there is no clear error on the face of the record." Fed. R. Civ. P. 72(b), advisory committee's notes to 1983 amendment. Having reviewed the record and being satisfied that there is no clear error, the court accepts the report's findings and recommendations. The court dismisses this action with prejudice for failure to comply with an order of the court and failure to state a claim. 28 U.S.C. § 1915(e)(2)(B)(ii). Any pending motions are denied as moot.

*So ordered by the court on October 1, 2025.*

J. CAMPBELL BARKER
United States District Judge